# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

ANYIAM A.,                                    Case No. 18-cv-0707 (NEB/TNL)

        Petitioner,

v.                                                     ORDER ON REPORT AND
                                          RECOMMENDATION

BOARD OF IMMIGRATION APPEALS,

        Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Tony N. Leung dated September 27, 2018 [ECF No. 19]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's petition [ECF No. 1] and this entire proceeding is TRANSFERRED to the United States Court of Appeals for the Eighth Circuit.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 31, 2018                    BY THE COURT:

                                         s/Nancy E. Brasel
                                         Nancy E. Brasel
                                         United States District Judge